**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

ANDRE DAVIS                                                                    PETITIONER

V.                                          CIVIL ACTION NO. 3:15CV95-MPM-JMV

MICHAEL DONAHUE and
ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI                    RESPONDENTS

**ORDER TRANSFERRING CASE TO THE
FIFTH CIRCUIT COURT OF APPEALS**

This matter comes before the Court, *sua sponte*, for consideration of the transfer of this

cause.  Andre Davis has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. §

2254, challenging his sentence of life without the possibility of parole for his conviction of

capital murder.

Davis has filed at least one other unsuccessful § 2254 motion concerning the same

sentence which he now seeks to challenge.  *Davis v. Easterling*, 2:11cv159-MPM-JMV (N.D.

Miss. 2012).  The Antiterrorism and Effective Death Penalty Act requires that an applicant

seeking to file a second or successive petition first "move in the appropriate court of appeals for

an order authorizing the district court to consider the application."  28 U.S.C. § 2244(b)(3)(A).

Davis has not obtained such an order.  Rather than dismissing the petition on this basis, the Fifth

Circuit has allowed district courts to transfer the petition for consideration pursuant to 28 U.S.C.

§ 2244(a) and (b)(3)(C).  *See In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).  Therefore, in the

interest of justice and judicial economy, it is hereby **ORDERED**:

1)  That this petition shall be transferred to the Fifth Circuit Court of Appeals for the

petitioner to seek permission to file this successive § 2254 petition;

2) That the Clerk of Court is directed to transfer this petition and the entire record to the Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(a) and (b)(3)(C), and *In re Epps*, 127 F.3d at 365; and

3) That this case is **CLOSED**.

**THIS** the 18th day of June, 2015.

 /s/ Michael P. Mills
**MICHAEL P. MILLS**
**U.S. DISTRICT JUDGE**